IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION _____ This document relates to: Clara Hall, Individually and as Trustee for the Heirs and Next of Kin of D'Andre Hall, Deceased,         Plaintiff, vs. Bayer Corporation,         Defendant. _____ | MDL Docket No. 1407 Civil Action No. 03-CV-6533 (PAM/RLE) ORDER OF DISMISSAL WITH PREJUDICE |

      This matter came before the Court upon plaintiff Clara Hall's, individually and as Trustee for the Heirs and Next of Kin of D'Andre Hall, and defendant Bayer Corporation's ("Bayer") Stipulation and Motion to Dismiss with Prejudice. Based upon the parties' stipulation, which has been agreed to and signed by counsel for plaintiff Clara Hall, individually and as Trustee for the Heirs and Next of Kin of D'Andre Hall, and Bayer, and pursuant to FED. R. CIV. P. 41(a)(1)(ii):

IT IS HEREBY ORDERED THAT the claims of plaintiff Clara Hall, individually and as Trustee for the Heirs and Next of Kin of D'Andre Hall, are dismissed with prejudice, with each party to bear its own costs.

Dated this   19th   day of   June  , 2007.

 s/Paul A. Magnuson
Honorable Paul A. Magnuson,
United States District Judge

cc: All Counsel of Record

Presented by:

RANDALL & SCHUMACHER, P.A.

By: Stephen J. Randall
Stephen J. Randall
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN  55415
Telephone:  612-332-0351
Facsimile:  612-342-2399

and

Leila H. Watson, Esq.
Cory, Watson, Crowder & Degaris
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone:  205-328-2200
Facsimile:  205-324-7896

**Attorneys for Plaintiff, individually and as Trustee for the Heirs and Next of Kin of D'Andre Hall**

FULBRIGHT & JAWORSKI L.L.P.

By: Andre Hanson
Ronn B. Kreps
Mary Patricia Fritz
Andre Hanson
2100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone:  612-321-2239
Facsimile:  612-321-9600

**Attorneys for Defendant Bayer Corporation**